UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:   21-CR-20474-BLOOM

UNITED STATES OF AMERICA,

v.

MAYRA DE LA PAZ

## MOTION FOR MEDICAL TREATMENT

Comes now, Mayra De La Paz, the Defendant in this matter, and pursuant to 42 U.S. Code Section 250, requests medical treatment.   As grounds thereof, the Defendant states:

1. On September 15, 2021, the United States filed an Information charging the Defendant with Conspiracy to Solicit and Receive Health Case Kickback in violation of 18 U.S.C. Section 371.

2. On December 8, 2021, the Court accepted the Defendant's guilty plea to Count 1 of the Information.

3. Ms. De La Paz was facing zero to five years imprisonment, $510,000 fine and $100 special assessment.

4. Ms. De La Paz is incarcerated and has been serving her sentenced for the last four months in Miami Dade Federal Correctional Center.

5. Recently, she has been ill.

6. She has lost 22 pounds in only four months.  She has had a fever for the last few days; she has had diarrhea.  She has an ear infection.  She has fallen due to a problem she has where she loses her balance due to her cervical.

7. She also has fibromyalgia, which has been documented since the inception of this investigation.

8. She is suffering from osteoarthritis.

9. She has carpal tunnel syndrome in both hands.

10. She suffers from depression and anxiety.

11. She has a diaphragmatic hernia without obstruction.

12. Her right eye is losing vision because of the degeneration of the macula of the eye.

13. She clearly is in need of medical attention and has not received any.

14. Pursuant to 42 U.S. Code Section 250, the Service shall supervise and furnish medical treatment and other necessary medical, psychiatric and related technical and scientific services, authorized by section 4005 of title 18 in penal and correctional institutions.

15. The undersigned has discussed this matter with the Assistant U.S. Attorney, Timothy Abraham, and he is bringing this matter up to the attention of the Legal Department of BOP.

WHEREFORE, the Defendant respectfully asks this Honorable Court for an Order seeking the medical attention that she is entitled to.

## **LOCAL RULE 88.9 CERTIFICATION**

I hereby certify that I have conferred with United States Assistant Attorney Timothy Abraham, by email and by phone on August 8, 2022.

**LAW OFFICES OF JOSE R. IGLESIA, LLC.**
5000 SW 75 Avenue
Suite 102
Miami, FL 33155
(305) 529-5131

_____

            Mari Sampedro Iglesia, Esq.