UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20474-CR-BB

UNITED STATES OF AMERICA

vs.

MAYRA DE LA PAZ,

    Defendant.
_____/

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR MEDICAL TREATMENT

The United States of America, by and through the undersigned Assistant United States Attorney Timothy J. Abraham, hereby files this response to Defendant's motion for medical treatment.

The Defendant is a 69-year old female defendant who alleges, through counsel, that she is "in need of medical attention and has not received any." Def.'s Mot. At 2. The Government disagrees. The Government has reviewed the 123 pages of BOP medical records (and produced them to defense counsel). These records document ongoing medical treatment from March 18, 2022 to August 9, 2022. The Defendant is in stable condition and receiving adequate medical care from BOP.

According to the Defendant's medical records, BOP medical staff counseled the Defendant on her access to medical care and her "plan of care" on at least 8 different occasions in 2022, specifically on: March 18, April 2, April 12, May 13, May 16, June 1, June 24, and August 8.

In addition, during that time, her vitals have been normal. She has been prescribed several different medications and provided with a walker for her mobility.

Most recently, on August 8, 2022, the Defendant was seen in the Health Unit and complained of a rash on her left ear and a skin irritation inside her right ear. She was prescribed medications for both issues. Since March 29, 2022, it does appear that she has lost 12 pounds, but there has been no indication that this is resulting from a specific health problem.

In June 2022, after the Defendant complained of pain in her stomach and constipation, BOP medical staff conducted an X-ray of her abdomen and found no abnormalities.

Defendant's counsel reports that the Defendant has a fever, diarrhea, and has fallen due to health problems. The medical records do not discuss these items but they do indicate that on April 2, 2022, the Defendant complained of dizziness and was examined by BOP Medical staff.

The medical records also indicate that the Defendant has declined certain medical screenings like a colon cancer screening and a fecal occult blood test. She has also declined COVID-19 vaccination and influenza vaccination.

The Defendant has not made any showing of any improper actions by the BOP and the Court should not grant this motion.

WHEREFORE, for the foregoing reasons, the Defendant's motion for medical treatment should be denied.

          Respectfully submitted,

          JUAN ANTONIO GONZALEZ
          UNITED STATES ATTORNEY

By:   Timothy J. Abraham
      TIMOTHY J. ABRAHAM
      ASSISTANT U.S. ATTORNEY
      Florida Bar No. 114372
      99 N. E. 4th Street, 4th Floor
      Miami, Florida 33132-2111
      Tel. No. (305) 961-9438
      Fax No. (305) 530-7976
      Email: Timothy.Abraham2@usdoj.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 12, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which sent notice to the parties of record.

          /s/Timothy J. Abraham
          Timothy J. Abraham, AUSA