UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cr-20474-BLOOM

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**MAYRA DE LA PAZ**

    Defendants.

_____/

## ORDER DENYING MOTION FOR MEDICAL TREATMENT

**THIS CAUSE** is before the Court upon Defendant's Motion for Medical Treatment, ECF No. [29] ("Motion"). Therein, Defendant complains of numerous medical ailments and alleges that she has received no medical attention at the Miami Dade Federal Correctional Center. *Id*. at 1-2. She seeks declaratory relief under 42 U.S.C. § 250 that she is entitled to medical treatment. *Id*. at 2.

In Response, ECF No. [31], the Government represents that it has reviewed and provided Defendant's counsel 123 pages of medical records from the Bureau of Prisons, which establish that Defendant has been receiving care from March 18, 2022, through August 9, 2022. *Id.* at 1. The Government further discusses the medical treatment that Defendant has received in response to her medical complaints. *Id.* at 2.

As of August 22, 2022, Defendant has not filed a Reply nor moved for an extension of time to do so. In light of the Government's Response that Defendant is receiving appropriate medical care, it is incumbent on Defendant to specify a serious medical need to which the prison has acted with "deliberate indifference." *Estelle v. Gamble*, 429 U.S. 97, 104 (1976). Relatedly, 42 U.S.C. § 250 does not appear to be the correct procedural vehicle for her to obtain the relief she seeks.

Case No. 21-cr-20474-BLOOM

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion, **ECF No. [29]**, is **DENIED** without prejudice.

**DONE AND ORDERED** in Chambers at Miami, Florida, on August 22, 2022.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record