UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-20474-BLOOM

UNITED STATES OF AMERICA

v.

MAYRA DE LA PAZ,

    **Defendant.**

---

## FINAL ORDER OF FORFEITURE

THIS MATTER is before the Court upon the United States of America's (the "United States") Motion for a Final Order of Forfeiture, ECF No. [37]. ("Motion"). The Court has considered the Motion, is otherwise advised in the premises, and finds as follows:

1. On February 18, 2022, pursuant to 18 U.S.C. § 982(a)(7), the Court entered a Preliminary Order of Forfeiture, ECF No. [25], awarding a forfeiture money judgment in the amount of $255,000.00.

2. On August 25, 2022, the Court entered an Order of Forfeiture of Substitute Assets forfeiting, subject to third-party interests, the following property to the United States:

    i. Real property located at 8680 Pebblebrooke Way, Lakeland, FL 33810, more fully described as:

    Lot 29, PEBBLEBROOKE ESTATES, according to the map or plat thereof as recorded in Plat Book 132.Pages 18, public records of Polk County, Florida.

    Parcel ID. 23-27-04-000729-000290.

3. Notice of the criminal forfeiture was posted on an official government internet site (www.forfeiture.gov) for a period of 30 days. *See* Decl. of Publication, ECF No. [36]; 21 U.S.C. § 853(n)(1); Fed. R. Crim. P. 32.2(b)(6).

4.      Direct notice was sent to any person who reasonably appeared to be a potential claimant with standing to contest the forfeiture, or such person was on actual notice of the forfeiture. *See* Fed. R. Crim. P. 32.2(b)(6); *accord* 21 U.S.C. § 853(n)(1).

5.      The notice advised that any person, other than the defendant in the above-captioned case, asserting a legal interest in the property sought for final forfeiture may petition the Court for a hearing to adjudicate the validity of that person's alleged interest, within 60 days of the first day of publication or within 30 days of receipt of notice, whichever is earlier. Fed. R. Crim. P. 32.2(b)(6); 21 U.S.C. § 853(n)(2).

6.      In addition, on March 16, 2023, the notice was posted on the real property sought for final forfeiture in an open and conspicuous manner by law enforcement agents. *See* Return of Executed Service, ECF No. [35].

7.      The time period for filing a petition claiming an interest in the property sought for final forfeiture has expired, and no petition or claim has been filed.

8.      There is a mortgage recorded against the real property, which is being serviced by Select Portfolio Servicing, Inc. The outstanding principal of that mortgage is $188,777.40, which is accruing interest at the contract rate. The United States recognizes this as a valid mortgage obligation to be paid to the servicer at the time the real property is disposed of.

9.      Pursuant to 21 U.S.C. § 853(n)(7), once all third-party petitions have been disposed of and/or if no timely petitions have been filed, "the United States shall have clear title to property that is the subject of the order of forfeiture and may warrant good title to any subsequent purchaser or transferee." *Accord* Fed. R. Crim. P. 32.2(c)(2).

10.     Therefore, the United States is entitled to a Final Order of Forfeiture that vests in the United States clear title to in the following property:

CASE NO. 21-CR-20474-BLOOM

    i.    Real property located at 8680 Pebblebrooke Way, Lakeland, FL 33810, more fully described as:

Lot 29, PEBBLEBROOKE ESTATES, according to the map or plat thereof as recorded in Plat Book 132.Pages 18, public records of Polk County, Florida.

Parcel ID. 23-27-04-000729-000290.

Accordingly, based on the foregoing, the evidence of record, and for good cause shown, the Motion is **GRANTED**, and it is **ORDERED AND ADJUDGED** that:

1.    Pursuant to 21 U.S.C. § 853(p), and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, all right, title, and interest in the following property is finally forfeited to and vested in the United States of America:

    i.    Real property located at 8680 Pebblebrooke Way, Lakeland, FL 33810, more fully described as:

Lot 29, PEBBLEBROOKE ESTATES, according to the map or plat thereof as recorded in Plat Book 132.Pages 18, public records of Polk County, Florida.

Parcel ID. 23-27-04-000729-000290

2.    Any duly authorized law enforcement official may seize and take immediate possession of the property, exercising any and all incidents of ownership with respect thereto, and dispose of such property in accordance with law.

3.    The Court shall retain jurisdiction in this matter for the purpose of enforcing this Order.

**DONE AND ORDERED** in Miami, Florida, on May 4, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**